# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheila T. Roundtree, et al., | No. CV-19-04813-PHX-DMF |
| Plaintiffs, | **ORDER** |
| v. | |
| Maricopa County Special Health District Board of Directors, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' First Amended Complaint. (Doc. 17.) The matter was referred to Magistrate Judge Deborah M. Fine for a Report and Recommendation. (Doc. 22.) On November 15, 2019, Magistrate Judge Fine filed a Report and Recommendation, recommending the Court dismiss without prejudice and without leave to amend Plaintiffs' First Amended Complaint. (Id.) To date, no objections have been filed.

## I. STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6, 72. Failure to object to a magistrate's recommendation relieves the Court of conducting *de novo* review of the magistrate's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a magistrate's

conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**II.    DISCUSSION**

Having reviewed the Report and Recommendation of Magistrate Judge Fine, and no objections having been made by any party thereto, the Court hereby incorporates and adopts Magistrate Judge Fine's Report and Recommendation.

**III.    CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of Magistrate Judge Fine. (Doc. 22.)

**IT IS FURTHER ORDERED** dismissing without prejudice and without leave to amend Plaintiffs' Amended Complaint. (Doc. 17.)

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly.

**Dated** this 6th day of January, 2020.

Honorable Stephen M. McNamee
Senior United States District Judge